**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 06-80718-CIV-HURLEY/SELTZER**

**BLUEGREEN CORPORATION,**
    plaintiff,

vs.

**DAVID A. SIEGEL, DAVID A. SIEGEL**
**REVOCABLE TRUST, and**
**CENTRAL FLORIDA INVESTMENTS,**
    defendants.
_____/

**ORDER ADOPTING REPORT & RECOMMENDATION OF THE MAGISTRATE**
**JUDGE & DENYING DEFENDANTS'/COUNTER-PLAINTIFFS'**
**MOTION FOR TEMPORARY RESTRAINING ORDER**
**& PRELIMINARY INJUNCTION**

**THIS CAUSE** is before the court upon the defendants'/counter-plaintiffs' motion for temporary restraining order and preliminary injunction [DE# 19]  This matter was previously referred to United States Magistrate Judge Barry Seltzer, pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition.   After hearing held September 25, 2006,  Magistrate Judge Seltzer filed a Report and Recommendation on September 29, 2006. [DE# 80].   Defendants/counter-plaintiffs served their objections  to the Report and Recommendations on October 4, 2006.

Pursuant to 28 U.S.C. § 636(b)(1)(c) the court has made a *de novo* determination with respect to those portions of the report with respect to which an objection has been lodged.  Having done so, the court finds the defendants' challenges to the report and recommendation to be without merit, and accordingly overrules those objections.  The court further finds  the resolution of the issues as

recommended by Magistrate Judge Seltzer to be sound and well-reasoned, and shall accordingly adopt those recommendations here.

It is therefore **ORDERED** and **ADJUDGED** :

1. The Report and Recommendation of Magistrate Judge Barry Seltzer entered September 29, 2006 [DE# 80] is APPROVED, adopted and incorporated here in full.

2. Defendants'/Counter-Plaintiffs' motion for Temporary Restraining Order and Preliminary Injunction [DE# 19] is **DENIED.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 12th day of October, 2006.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Barry Seltzer
all counsel