UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80718-CIV-HURLEY

**BLUEGREEN CORPORATION,**
  **Plaintiff,**
vs.

**DAVID A. SIEGEL, et al.,**
  **Defendants.**
_____/

### ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE-OUT

**THIS CAUSE** is before the Court upon the parties' joint motion for dismissal with prejudice based on stipulated settlement filed October 23, 2006. [DE#92]

Having considered the motion, it is **ORDERED AND ADJUDGED**:

1. The joint motion to dismiss [DE# 92] is **GRANTED**, and this action, including all of its claims and counterclaims, is **DISMISSED WITH PREJUDICE,** with each party to bear its own attorney's fees and costs. The court shall retain jurisdiction over this matter to enforce the parties' settlement agreement.

2. There being nothing further for the court to do, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of October, 2006.

_____
Daniel T. K. Hurley
United States District Judge

cc. all counsel